IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD CUNNINGHAM, JR., <br><br> Petitioner, <br><br> v. <br><br> WARDEN R. GROUNDS, <br><br> Respondent. | No. C 11-5576 LHK (PR) <br><br> ORDER GRANTING WITHDRAWAL OF MOTION TO DISMISS; ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER <br><br> (Docket No. 5) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. The Court ordered Respondent to show cause why a writ of habeas corpus should not be granted. (Docket No. 2.) Respondent filed a motion to dismiss petition as untimely. (Docket No. 3.) Respondent then moved to withdraw the motion to dismiss, and requested an extension of time to file an answer.

Respondent's requests are GRANTED. The Clerk shall strike Respondent's motion to dismiss. Respondent shall file his answer within 60 days of the filing date of this order. Petitioner shall file any traverse within 30 days thereafter.

This order terminates docket number 5.

IT IS SO ORDERED.

DATED: 5/4/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Withdrawal; Granting Ext. of Time.
P:\pro-se\sj.lhk\hc.11\Cunningham576eot